# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Maurice White,

    Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                            3:05-cv-50-1

R. Dawkins et al,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 8/24/05 Order.

**Signed: August 26, 2005**

Frank G. Johns, Clerk
United States District Court