IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:04-cv-00050

| | | |
|---|---|---|
| GRACE R, WALDON and ENVIRONMENTAL WATER SOLUTIONS, INC., a North Carolina Corporation, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | ORDER |
| DANNY L. BURRIS, CAROL BURRIS, WATER RESOURCE CORP. USA, DYNPAR, LLC, ENVIRONMENTAL WATER SOLUTIONS, INC., an Oklahoma Corporation, COMPUTER SCIENCES CORPORATION, and DYNCORP, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

THIS MATTER is before the Court on its own motion. The above captioned case is hereby continued to the November 5, 2007 term of court in Charlotte at 10:00 am.

IT IS SO ORDERED.

Signed: August 2, 2007

Graham C. Mullen
United States District Judge